IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-02601-RBJ-KMT

DAVOUD ASHOURI,

    Plaintiff,

v.

FRONTIER STEEL BUILDINGS CORP.,

    Defendants.

---

## ORDER REGARDING PROGRESS OF SERVICE

This matter comes before the Court *sua sponte*. The complaint was filed on October 4, 2011. The Court notes the absence of a return of service and an answer in the file. The Court requests that the plaintiff file either a return of service or a status report outlining the progress of service on the defendant within 15 days of service of this order.

DATED this 8th day of December, 2011.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge